In the Matter of CELIA NIRES, as General Guardian of EUGENE
NIRES et al., Infants, Appellant.
EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES et
al., Respondent.

Submitted April 5, 1943; decided April 15, 1943.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.   (See 290 N. Y. 78.)

NEW YORK TRAP ROCK CORPORATION et al., Plaintiffs, and BING-
HAMTON METAL FORMS, INC., Plaintiff, Appellant, v. NATIONAL
BANK OF FAR ROCKAWAY, Respondent.

Submitted April 5, 1943; decided April 15, 1943.

*Daniel Combs* for motion.
*Carl E. Peterson* for defendant.

Motion denied, with ten dollars costs and necessary printing disbursements on the ground that an appeal lies as of right.